2

**Bernel CAMPBELL, Plaintiff–Appellant,**

v.

**CITY OF NEW YORK, Defendant–Appellee.**

**No. 03–7293.**

United States Court of Appeals, Second Circuit.

March 29, 2004.

Bernel Campbell, New York, NY, pro se.

Janet L. Zaleon, Assistant Corporation, Counsel, New York, NY, for Appellee.

PRESENT: MESKILL, KATZMANN, and WESLEY, Circuit Judges.

## SUMMARY ORDER

Plaintiff-appellant Bernel Campbell, *pro se*, asks that we consider whether the district court correctly denied Campbell's motions to amend the complaint to conform to the evidence and for a new trial. We conclude that the district court committed no error.

For the reasons set forth, we AFFIRM the order of the District Court.